

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-15-00473-CV

**TEXAS DEPARTMENT OF INSURANCE**—Division of Workers' Compensation and
Commissioner Ryan Brannan, in his official capacity,
Appellants

v.

Dale **BRUMFIELD**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07374
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Patricia O. Alvarez, Justice
            Jason Pulliam, Justice

Appellee's motion for extension of time to file a motion for rehearing en banc is
GRANTED. The motion is due on **August 1, 2016.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court